# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** JUSTIN M. MALIK & LAURA L. MCKEE
**Case Number:** 15-22990-GLT       **Chapter:** 13
**Date / Time / Room:** THURSDAY, JULY 14, 2016  11:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#149 - Final Confirmation of Plan Dated 5-4-16 (NFC)
R / M #: 149 / 0

### Appearances:

Debtor: Kruce
Trustee: Winnecour / Bedford / (Pail) / Katz
Creditor:

### Proceedings: Sale pending

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 10-20-16 at 1:00 _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: