IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| JUSTIN M. MALIK and : | BK. No. 15-22990-GLT |
| LAURA L. McKEE, : | |
| : | Chapter No. 13 |
| Debtors : | |
| : | Document No. 150 |
| JUSTIN M. MALIK and : | |
| LAURA L. McKEE : | Hearing Date: 7/20/16 |
| Movants : | |
| v. : | Hearing Time: 10:00 AM |
| : | |
| GREEN TREE MORTGAGE, : | |
| : | |
| Respondent : | |

### RESPONSE OF DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC TO THE DEBTORS' MOTION TO SELL REAL ESTATE FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES

Respondent, Ditech Financial LLC f/k/a Green Tree Servicing LLC (hereinafter "Ditech"), by and through its attorneys, Phelan Hallinan & Diamond & Jones, LLP, hereby responds to the Debtors' Motion to Sell Real Estate Free and Clear of Liens, Claims and Encumbrances and in support thereof, avers as follows:

1. The Debtors' Motion for Sale proposes to sell the interest of the Debtor, Laura L. McKee in the real estate located at 4034 Pinehurst Drive, Morgantown, Monongalia County, West Virginia, 26505, free and clear of liens.

2. Ditech holds a mortgage on this real property as set forth in the Proof of Claim filed in this case at claim number 7-1. Ditech objects to the sale unless the proceeds of the sale are sufficient to pay the secured claim of Ditech in full.

**WHEREFORE**, Respondent, Ditech Financial LLC f/k/a Green Tree Servicing LLC**,** respectfully requests that this Honorable Court deny the Trustee's Motion to Sell Real Estate Free and Clear of Liens.

Respectfully submitted,

Date:   7/19/16

*/s/ James A. Prostko, Esquire*
James A. Prostko, Esq., Id. No.27221
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext  31501
Fax Number: 215-568-7616
Email: james.prostko@phelanhallinan.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| JUSTIN M. MALIK and : | BK. No. 15-22990-GLT |
| LAURA L. McKEE, : | |
| : | Chapter No. 13 |
| Debtors : | |
| : | Document No. 150 |
| JUSTIN M. MALIK and : | |
| LAURA L. McKEE : | Hearing Date: 7/20/16 |
| Movants : | |
| v. : | Hearing Time: 10:00 AM |
| : | |
| GREEN TREE MORTGAGE, : | |
| : | |
| Respondent : | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on July 19, 2016, I served the Response of Ditech Financial LLC, to the Debtors' Motion to Sell Real Estate Free and Clear of Liens, on the parties at the addresses shown below.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail.</u>

**Aurelius P. Robleto**
Robleto Law
Three Gateway Center
401 Liberty Avenue
Suite 1306
Pittsburgh, PA 15222
apr@robletolaw.com

**David Z. Valencik**
Calaiaro Valencik
428 Forbes Ave., Suite 900
Pittsburgh, PA 15219
dvalencik@c-vlaw.com

RONDA J. WINNECOUR, ESQUIRE
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
CMECF@CHAPTER13TRUSTEEWDPA.COM

**Justin M. Malik**
346 Nilan Hill Rd.
Point Marion, PA 15472

**Laura L. McKee**
346 Nilan Hill Rd.
Point Marion, PA 15472

*/s/ James A. Prostko, Esquire*
James A. Prostko, Esq., Id. No.27221
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300

Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31501
Fax Number: 215-568-7616
Email: james.prostko@phelanhallinan.com