# PUBLISHER'S CERTIFICATE

vs.

STATE OF WEST VIRGINIA
COUNTY OF MONONGALIA

I    Eric Wilson    Advertising Director of

THE DOMINION POST, a newspaper of general circulation

published in the City of Morgantown, County and State

aforesaid, do hereby certify that the annexed

Legal Notice

---

010093429                                                    July 5

**JUSTIN M. MALIK and
LAURA L. MCKEE**

### Bankruptcy No. 15-22990-GLT

NOTICE IS HEREBY GIVEN THAT Justin M. Malik and Laura L. McKee have filed a filed a Motion to Sell the following property:

4034 Pinehurst Drive in Morgantown, West Virginia 26505, Monongalia County (Map 21, Parcel 29, Lot 29 or .0817 AC Pinecrest Townhomes Phase One)

to Joe and Sandy Belt, 4034 Pinehurst Drive in Morgantown, West Virginia 26505 for $174,900.00 according to the terms set forth in the Motion for Sale. Ernest money in the amount of $1,000 is required to place an offer, and only higher and better offers will be considered.

A hearing will be held on July 20, 2016, at 10:00 a.m. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Please see the Bankruptcy Court for the Western District of Pennsylvania???s EASI site for more information.   http://www.pawb.uscourts.gov/electronic-access-sales-information-easi.

Arrangements for inspection prior
To said sale hearing may be made with:
Aurelius Robleto
apr@robletolaw.com
401 Liberty Ave, Ste. 1306
Pittsburgh, PA 15222
(412) 925-8194

---

was published in the said THE DOMINION POST once a week

for        1        successive weeks commencing on the

5th    day of    July    , 2016 and ending on the

5th    day of    July    ,2016

The publisher's fee for said publication is        $61.05

Given under my hand this        5th    day of

July    , 2016

(SEAL)

Advertising Director of THE DOMINION POST

Subscribed and sworn to before me this        5th

day of        July        , 2016

Notary Public of Monongalia County, W. Va.

My commission expires on the    13th    day of
December 2019

Official Seal
Notary Public, State of West Virginia
Kelley V. Felton
500 Mylan Park Lane
Morgantown WV 26501
My Commission Expires December 13, 2019