**FILED**

JUL 20 2016

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 15-22990-GLT |
| JUSTIN M. MALIK and<br>LAURA L. MCKEE, | Chapter 13 |
| | Related to Dkt. No. 150<br>Hearing: July 20, 2016 at 10:00 a.m. |
| Debtors. | |
| JUSTIN M. MALIK and<br>LAURA L. MCKEE, | |
| Movants, | |
| v. | |
| Ditech Financial<br>~~GREEN TREE MORTGAGE~~, | |
| Respondent. | |

## ORDER OF COURT

Upon consideration of the foregoing Motion for Sale of Property Free and Clear of all Liens, Claims and Encumbrances, the Court finds as follows:

1. Pursuant to 11 U.S.C. § 363(b) and (f), the Debtors have effectuated service of the Motion for Sale of Property Free and Clear of all Liens, Claims and Encumbrances (the "Sale Motion") and the related Notice of Sale setting the hearing and response deadline upon the Respondents, all creditors and other parties in interest as requires by the applicable Bankruptcy Rules of Procedure and Local Rule 6004-1.

2. Under the particular circumstances of this case, the Debtors have given sufficient notice of the hearing date on the Sale Motion to the Respondents, all creditors and other parties in interest as evidenced by the Certificate of Service, which has been filed.

3.  The sale of the real property (the "Sale") at 4034 Pinehurst Drive in City of Morgantown, County of Monongalia, and State of West Virginia 26505 is in good faith and any qualified buyer at the sale purchase is in good faith in accordance with In re Abbots Dairies of Pennsylvania, Inc., 788 F.2d 143 (3d Cir. 1986).

4.  The Court has resolved all responses and/or objections that were filed in regard to the Sale Motion in favor of the Sale. Further, a sale pursuant to the Lease With Purchase Option dated April 16, 2010 (the "*Agreement*"), which was fully executed by Laura McKee *("Seller")* and Joe Belt and Sandy Belt (*"Buyers"*), and hereby is APPROVED.

5.  The matters considered by the Court at the hearing were "core" proceedings pursuant to 28 U.S.C § 157(b)(2) over which the Court has jurisdiction to enter a final Order.

6.  The terms of the Sale are fair and reasonable and in the best interest of the bankruptcy estate.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that:

7.  Pursuant to 11 U.S.C. § 363(b) and (f), the Motion for Sale of Property Free and Clear of all Liens, Claims, and Encumbrances regarding the Sale of the real property from the Seller to the Buyers, in the amount One Hundred Seventy-Four Thousand, Nine Hundred Dollars ($174,900.00), is hereby approved under the terms and conditions set forth in the executed the Lease With Purchase Option dated April 16, 2010.

8.  In view of the prior payments that the Buyers made to the Seller under the Agreement, the remaining balance outstanding on the purchase price, which the Sellers shall bring to closing in immediately available funds, is One Hundred Forty-Five Thousand, Two Hundred and Fifty-Eight Dollars ($145,258.00).

Imaged Certificate of Notice    Page 3 of 5

9. The Sale is free and clear of any and all liens, claims, and encumbrance, specifically those liens, claims and/or encumbrances of the Respondents herein.

10. The Proceeds of sale shall be distributed as follows:

| | |
|---|---|
| Sale Price | $174,900.00 |
| Buyers Outstanding Obligation | $145,285.00 |
| ~~Green Tree~~ Ditech Mortgage Payoff | $99,102.67 * |
| Net Sales Proceeds to Chapter 13 Trustee | $46,182.33 |

11. Any remaining liens, claims and encumbrances are hereby transferred to the proceeds of the Sale, if and to the extent that they may be determined to be valid liens against the property sold in accordance with their validity and priority.

12. Counsel for the Debtors will be paid the $176.00 sale motion fee immediately upon closing of the sale.

13. The sale is "as is", "where is". Closing will occur when this Order becomes final and non-appealable.

14. Closing of the sale must occur on or before ~~August 15, 2016~~ September 30, 2016 with the net proceeds of sale to be distributed to Ronda Winnecour, chapter 13 trustee.

15. A report of sale must be filed within fourteen (14) days of the closing of the sale.

Date: 7/20/2016

Gregory L. Taddonio
United States Bankruptcy Judge

* Or such other amount that may be due and owing as of the closing date.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-22990-GLT
Justin M. Malik                                                         Chapter 13
Laura L. McKee
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz              Page 1 of 2         Date Rcvd: Jul 20, 2016
                              Form ID: pdf900         Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2016.
```
db/jdb         +Justin M. Malik,    Laura L. McKee,    346 Nilan Hill Rd.,    Point Marion, PA 15474-1390
aty            +Robleto Law, PLLC,    Three Gateway Center,    401 Liberty Avenue, Suite 1306,
                 Pittsburgh, PA 15222-1004
cr              George A. Franks, III,    c/o David Z. Valencik, Esq.,    Calaiaro Valencik,
                 428 Forbes Ave., Ste. 900,    Pittsburgh, PA 15219-1621
cr              Siwel Systems, LLC,    100 Lincoln Highway,    Imperial, PA 15126-2200
14094388       +ACS/College Loan Corp.,    College Loan Corporation,    10000 W. Charleston Blvd., Suite 200,
                 Las Vegas, Nevada 89135-1004
14164126        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA 90051-5478
14094390        Atlantic Broadband,    24 Main St,    Bradford, PA 16701-2018
14094391        Bank of America Practice Solutions,    PO Box 809155,    Chicago, IL 60680-9155
14094392        Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14094393        C.A. Curtze Co.,    d/b/a Specialty Steak Service,    1717 E 12th St,    Erie, PA 16511-1723
14114346       +C.A. Curtze Co. d/b/a Specialty Steak Service,    c/o Amato Keating and Lessa, P.C.,
                 107 North Commerce Way’,    Bethlehem PA 18017-8913
14141911        CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
14133240       +CLC TRUST II/ELT DEUTSCHE BANK On behalf of,    MHEAC d/b/a ASA,    c/o Keith Coburn,
                 MHEAC d/b/a ASA,    100 Cambridge Street, Suite 1600,    Boston, MA 02114-2518
14120257        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14094394        Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
14094395        Citi Cards/Citbank,    PO Box 6241,    Sioux Falls, SD 57117-6241
14094396       +Credit Protection Association LP,    13355 Noel Rd,    Dallas, TX 75240-6837
14094397      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Direct TV,    PO Box 60036,    Los Angeles, CA 90060-0036)
14201268       +Deere & Company d/b/a John Deere Financial,    6400 NW 86th St,    Johnston IA 50131-2945
14130875        Ditech Financial LLC,    PO BOX 6154,    Rapid City, SD 57709-6154
14151387        ECAST SETTLEMENT CORPORATION,    POB 29262,    NEW YORK, NY 10087-9262
14094398        Fayette Broadcast Corporation,    44 S Mount Vernon Ave,    Uniontown, PA 15401-3224
14094399        Frank Fratto Inc.,    711 Kingview Rd,    Scottdale, PA 15683-1836
14094400        Franklin American Mortgage Company,    PO Box 77404,    Ewing, NJ 08628-6404
14149564       +George A. Franks, III,    324 High Avenue,    Masontown, PA 15461-1916
14129137        Granite State Mgmt,    PO Box 3420,    Concord, NH 03302-3420
14094402        Herald-Standard,    8 E Church St,    Uniontown, PA 15401-3563
14094403        Home City Ice,    PO Box 111116,    Cincinnati, OH 45211-1116
14094404       +Joe Belt and Sandy Belt,    5 Pineview Pl.,    Morgantown, WV 26505-2874
14094405       +John Deere Financial,    PO Box 4450,    Carol Stream, IL 60197-4450
14160492        Joseph and Linda Swartz,    35 Meadow Ln,    Uniontown, PA 15401-5265
14094406        Masontown Trophy and Embrodery,    25 S Main St,    Masontown, PA 15461-2039
14094407        NHHELC/GSM&R,    PO Box 3420,    Concord, NH 03302-3420
14094408        OneView Finance,    PO Box 4130,    Hopkins, MN 55343-0498
14094409       +PA Dept. of Labor and Industry,    State Workers Insurance Fund,    100 Lackawanna Ave,
                 Scranton, PA 18503-1966
14163941       +PA State Workers’ Insurance Fund,    c/o Mary Boyco,    100 Lacakwanna Ave,
                 Scranton, PA 18503-1966
14100003       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14094410        PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
14145735       +PNC Mortgage, a division of PNC Bank N.A,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14094411        Sears/CBNA,    PO Box 6283,    Sioux Falls, SD 57117-6283
14161065        Siwel Systems, LLC,    c/o E.D. Lewis, Member,    100 Lincoln Highway,    Imperial, PA 15126-2200
14094412       +The North Fayette County Municipal Auth.,    1634 University Dr,    Dunbar, PA 15431
14160493        Thomas and Constance Battaglia,    PO Box 243,    Uledi, PA 15484-0243
14094413        United Bank,    81 W Main St,    Uniontown, PA 15401-3340
14094414        United Bank,    PO Box 2373,    Charleston, WV 25328-2373
14094415        United Bankcard Center,    514 Market St,    Parkersburg, WV 26101-5144
14108884        Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    P.O. Box 19657,    Irvine, CA 92623-9657
14094416        Wells Fargo Dealer Services,    PO Box 1697,    Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Jul 21 2016 00:56:14
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
14094389        E-mail/Text: holly.tylka@advanceddisposal.com Jul 21 2016 00:53:52       Advanced Disposal,
                 1192 McClellandtown Rd,    McClellandtown, PA 15458-1118
14094401       +E-mail/Text: bankruptcy.bnc@gt-cs.com Jul 21 2016 00:53:22       Green Tree,    PO Box 6172,
                 Rapid City, SD 57709-6172
14114015       +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 21 2016 00:53:19       Kohls,    PO BOX 3115,
                 Milwaukee, WI 53201-3115
14149360        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2016 00:56:42
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14109347        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 21 2016 00:53:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa. 17128-0946
```

```
District/off: 0315-2           User: amaz                  Page 2 of 2                   Date Rcvd: Jul 20, 2016
                               Form ID: pdf900             Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14100870          E-mail/PDF: rmscedi@recoverycorp.com Jul 21 2016 00:56:13
                   Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
14094417         +E-mail/Text: bankruptcy@firstenergycorp.com Jul 21 2016 00:53:50      West Penn Power,
                   76 S Main St,    Akron, OH 44308-1817
14160978         +E-mail/Text: bankruptcy@firstenergycorp.com Jul 21 2016 00:53:50      West Penn Power,
                   5001 NASA Blvd,    Fairmont, WV 26554-8248
                                                                                              TOTAL: 9

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LL
cr              PNC Bank, National Association
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Aurelius P. Robleto    on behalf of Attorney    Robleto Law, PLLC apr@robletolaw.com,
               rmk@robletolaw.com,lsr@robletolaw.com
              Aurelius P. Robleto    on behalf of Debtor Justin M. Malik apr@robletolaw.com,   rmk@robletolaw.com,
               lsr@robletolaw.com
              Aurelius P. Robleto    on behalf of Joint Debtor Laura L. McKee apr@robletolaw.com,
               rmk@robletolaw.com,lsr@robletolaw.com
              David Z. Valencik    on behalf of Joint Debtor Laura L. McKee dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              David Z. Valencik    on behalf of Debtor Justin M. Malik dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              David Z. Valencik    on behalf of Creditor George A. Franks, III dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Donald R. Calaiaro    on behalf of Creditor George A. Franks, III dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              James A. Prostko    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
               pawb@fedphe.com,    james.prostko@phelanhallinan.com
              Nicholas R. Pagliari    on behalf of Creditor    Siwel Systems, LLC npagliari@mijb.com,
               sburick@mijb.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 12
```