**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

JUSTIN M. MALIK and
LAURA L. MCKEE,

    Debtor.

Bankruptcy No. 15-22990-GLT

Chapter 13

Related to Doc. No. ___

Document No. ___

## NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Name: Joe Belt and Sandy Belt

  Incorrect Address:  5 Pineview Pl.
                        Morgantown, WV 25505

Corrected Address:

    Name: Joe Belt and Sandy Belt

  Correct Address: 4034 Pinehurst Drive
                      Morgantown, West Virginia 26505

Dated: August 2, 2016

                                          /s/ Aurelius P. Robleto_____
                                          Aurelius P. Robleto
                                          Pa. ID No. 94633
                                          ROBLETO LAW, PLLC
                                          Three Gateway Center
                                          401 Liberty Avenue, Suite 1306
                                          Pittsburgh, PA 15222
                                          (412) 925-8194
                                          (412) 346-1035 Facsimile
                                          apr@robletolaw.com