Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Justin M. Malik** | : | Case No. 15−22990−GLT |
| **Laura L. McKee** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Ditech Financial, LLC f/k/a Green Tree Servicing LLC | : | |
| | : | Related to Claim No. 7 |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Justin M. Malik, | : | |
| Laura L. McKee and | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

**AND NOW**, this **4th day of August, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Ditech Financial, LLC f/k/a Green Tree Servicing LLC* at Claim No. 7 in the above−captioned bankruptcy case,

It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

*The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-22990-GLT
Justin M. Malik                                                         Chapter 13
Laura L. McKee
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: amaz                Page 1 of 1            Date Rcvd: Aug 04, 2016
                               Form ID: 237              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2016.
db/jdb         +Justin M. Malik,    Laura L. McKee,    346 Nilan Hill Rd.,    Point Marion, PA 15474-1390
                +Timothy D. Padgett, PA,    Attn: Evan S. Singer,    6267 Old Water Oak Rd.,    Ste 203,
                  Tallahassee, FL 32312-3858
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
*               +Timothy D. Padgett, PA,    Attn: Evan S. Singer,    6267 Old Water Oak Rd.,    Ste 203,
                  Tallahassee, FL 32312-3858
                                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Aurelius P. Robleto    on behalf of Attorney    Robleto Law, PLLC apr@robletolaw.com,
               rmk@robletolaw.com,lsr@robletolaw.com
              Aurelius P. Robleto    on behalf of Debtor Justin M. Malik apr@robletolaw.com,   rmk@robletolaw.com,
               lsr@robletolaw.com
              Aurelius P. Robleto    on behalf of Joint Debtor Laura L. McKee apr@robletolaw.com,
               rmk@robletolaw.com,lsr@robletolaw.com
              David Z. Valencik    on behalf of Creditor George A. Franks, III dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Donald R. Calaiaro    on behalf of Creditor George A. Franks, III dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              James A. Prostko    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
               pawb@fedphe.com,    james.prostko@phelanhallinan.com
              Nicholas R. Pagliari    on behalf of Creditor    Siwel Systems, LLC npagliari@mijb.com,
               sburick@mijb.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 10