## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 15-22990-GLT |
| JUSTIN M. MALIK and LAURA L. MCKEE, | Chapter 13 |
| Debtors. | Related to Claim No. 10 |
| ------------------------------------------------ | Related to Doc. No. 58 |
| JUSTIN M. MALIK and LAURA L. MCKEE, | |
| Movants, | Hearing Date and Time: August 31, 2016 at 9:00 a.m. |
| v. | |
| PNC BANK, NATIONAL ASSOCIATION, Its Successors And/Or Assigns, | |
| Respondent. | |

### WITHDRAWAL OF OBJECTION TO CLAIM OF PNC BANK, NATIONAL ASSOCIATION, ITS SUCCESSORS AND/OR ASSIGNS

Justin M. Malik and Laura L, McKee, the Debtors in the referenced case, hereby withdraw their objection to claim No. 10 of PNC Bank, N.A. filed at Doc. No. 58.

Dated: August 29, 2016

By:     /s/ Aurelius Robleto
Aurelius P. Robleto
PA ID No. 94633
ROBLETO LAW, PLLC
401 Liberty Ave., Ste. 1306
Pittsburgh, PA 15222
(412) 925-8194
(412) 346-1035 fax
apr@robletolaw.com