**FILED**
**AUG 3 1 2016**
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 15-22990-GLT |
| | : | Chapter: 13 |
| Justin M. Malik | : | |
| Laura L. McKee | : | |
| | : | Date: 8/31/2016 |
| *Debtor(s).* | : | Time: 09:00 |

## PROCEEDING MEMO

**MATTER:**   #71 - Cont Objection to Claim #10 of PNC Bank, N.A. filed by Debtors
#190 - Withdrawal of Objection to Claim by Debtors

**APPEARANCES:**
   Debtor:     Aurelius P. Robleto
   PNC Bank:   No Appearance

**NOTES:**

Robleto - Believes a resolution has been reached. Debtors withdrew their objection to PNC's proof of claim. PNC will be filing an amended proof of claim within days. Requests a 30-day continuance.

Court - If a resolution is reached, Debtors to file a withdrawal of their objection indicating the consent of all parties.

**OUTCOME:**

1. Debtors' Withdrawal of Objection to Claim at Dkt. No. 190 is deemed withdrawn.
2. Matter continued to September 21, 2016 at 9:00 a.m.
(Text Orders to issue)

**DATED:** 8/31/2016