**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 15-22990-GLT |
| JUSTIN M. MALIK and<br>LAURA L. MCKEE, | Chapter 13 |
| | Doc. No. 194 & 196 |
| Debtors. | |

**CERTIFICATE OF SERVICE OF MOTION FOR AN EXTENSION OF**
**TIME WITHIN WHICH TO REAFFIRM GUARANTY AGREEMENT AND**
**ORDER SCHEDULING DATES FOR RESPONSE AND HEARING ON MOTION**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on September 13, 2016.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Electronic mail notification via PACER/ECF and first class mail.

EXECUTED ON: September 13, 2016

By:   /s/ Aurelius Robleto
Aurelius Robleto
PA ID No. 94633
ROBLETO LAW, PLLC
Three Gateway Center
401 Liberty Ave., Ste. 1306
Pittsburgh, PA 15222
(412) 925-8194
(412) 346-1035 Facsimile
apr@robletolaw.com

**15-22990-GLT Notice will be electronically mailed to:**

Donald R. Calaiaro on behalf of Creditor George A. Franks, III
dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com

Andrew F Gornall on behalf of Creditor PNC Bank, National Association
agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Nicholas R. Pagliari on behalf of Creditor Siwel Systems, LLC
npagliari@mijb.com, sburick@mijb.com

James A. Prostko on behalf of Creditor DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
pawb@fedphe.com, james.prostko@phelanhallinan.com

David Z. Valencik on behalf of Creditor George A. Franks, III
dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by First Class Mail:**

Justin M. Malik & Laura L. McKee
346 Nilan Hill Rd.
Point Marion, PA 15474

Matthew S. Higginbotham
Bank of America; Special Assets Group
Portfolio Officer
1 Financial Plaza
Providence, RI 02903

Bank of America Practice Solutions
PO Box 909155
Chicago, IL 60680