**Form 404**

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | 196 – 194 |
| **WESTERN DISTRICT OF PENNSYLVANIA** | dbas |

In re:                                                                                            Bankruptcy Case No.: 15−22990−GLT
                                                                                                     Related to Docket No. 94
                                                                                                     Chapter: 13
                                                                                                     Hearing Date: 10/19/16 at 11:00 AM

**Justin M. Malik**                                                    Laura L. McKee
  Debtor(s)

**CERTIFICATE OF SERVICE OF** _____
                          **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _____.
                                                                        (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _____ .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

                                              By: _____
                                                     (Signature)

                                                     _____
                                                     Typed Name

                                                     _____
                                                     Address

                                                     _____
                                                     Phone No.

                                                     _____
                                                     List Bar I.D. and State of Admission

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 15-22990-GLT
Justin M. Malik                                                     Chapter 13
Laura L. McKee
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 1              Date Rcvd: Sep 12, 2016
                              Form ID: 404            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2016.
db/jdb         +Justin M. Malik,   Laura L. McKee,   346 Nilan Hill Rd.,   Point Marion, PA 15474-1390

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   PNC Bank, National Association
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Aurelius P. Robleto    on behalf of Debtor Justin M. Malik apr@robletolaw.com,   rmk@robletolaw.com,
               lsr@robletolaw.com
              Aurelius P. Robleto    on behalf of Joint Debtor Laura L. McKee apr@robletolaw.com,
               rmk@robletolaw.com,lsr@robletolaw.com
              Aurelius P. Robleto    on behalf of Attorney   Robleto Law, PLLC apr@robletolaw.com,
               rmk@robletolaw.com,lsr@robletolaw.com
              David Z. Valencik    on behalf of Creditor George A. Franks, III dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Donald R. Calaiaro    on behalf of Creditor George A. Franks, III dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              James A. Prostko    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
               pawb@fedphe.com,   james.prostko@phelanhallinan.com
              Nicholas R. Pagliari    on behalf of Creditor    Siwel Systems, LLC npagliari@mijb.com,
               sburick@mijb.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10