Form 600

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Justin M. Malik** | : | Case No. 15−22990−GLT |
| **Laura L. McKee** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Laura L. McKee | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 94 |
| v. | : | |
| Bank of America, N.A. and Ronda J. WInnecour, Chapter | : | Hearing Date: 10/19/16 at 11:00 AM |
| 13 Trustee, | : | |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATES FOR RESPONSE
## AND HEARING ON MOTION

   *AND NOW,* this *12th day of September, 2016*, a *Motion for An Extension of Time Within Which to Reaffirm Guaranty Agreement* having been filed at Doc. No. 94 by the Debtor,

   It is hereby **ORDERED, ADJUDGED and DECREED** that:

   (1)   Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall **IMMEDIATELY** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.**

   (2)   **On or before October 3, 2016,** any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 and served on the counsel for the Moving Party.

   (3)   This *Motion* is scheduled for a non−evidentiary hearing on *October 19, 2016* at *11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

   (4)   If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter an order by default. **To determine if a default order has been entered, the Moving Party is directed to the Court's website at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Gregory L. Taddonio refer to the calendar section.** In the event a default order has been entered, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

   (5)   A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **IMMEDIATELY**. The Court may authorize parties or counsel of record to participate in the hearing by telephone provided arrangements are made with the Courtroom Deputy by telephone at least three (3) days prior to the hearing.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm:   Aurelius Robleto, Esq.
      Justin M. Malik

Laura L. McKee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 15-22990-GLT
Justin M. Malik                                                 Chapter 13
Laura L. McKee
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 1              Date Rcvd: Sep 12, 2016
                              Form ID: 600            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2016.
db/jdb         +Justin M. Malik,    Laura L. McKee,    346 Nilan Hill Rd.,    Point Marion, PA 15474-1390
aty            +Robleto Law, PLLC,    Three Gateway Center,    401 Liberty Avenue, Suite 1306,
                 Pittsburgh, PA 15222-1004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Aurelius P. Robleto    on behalf of Attorney    Robleto Law, PLLC apr@robletolaw.com,
               rmk@robletolaw.com,lsr@robletolaw.com
              Aurelius P. Robleto    on behalf of Debtor Justin M. Malik apr@robletolaw.com,   rmk@robletolaw.com,
               lsr@robletolaw.com
              Aurelius P. Robleto    on behalf of Joint Debtor Laura L. McKee apr@robletolaw.com,
               rmk@robletolaw.com,lsr@robletolaw.com
              David Z. Valencik    on behalf of Creditor George A. Franks, III dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Donald R. Calaiaro    on behalf of Creditor George A. Franks, III dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              James A. Prostko    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
               pawb@fedphe.com,   james.prostko@phelanhallinan.com
              Nicholas R. Pagliari    on behalf of Creditor    Siwel Systems, LLC npagliari@mijb.com,
               sburick@mijb.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 10