**FILED**

**SEP 2 2 2016**

**CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 15-22990-GLT |
| | : | Chapter:  13 |
| Justin M. Malik | : | |
| Laura L. McKee | : | |
| | : | Date:     9/21/2016 |
| *Debtor(s).* | : | Time:     09:00 |

## PROCEEDING MEMO

**MATTER:**        #71 - Cont Objection to Claim #10 of PNC Bank, N.A. filed by Debtors


**APPEARANCES:**

            Debtor:        Renee Kuruce
            PNC Bank:    Matthew McClelland

**NOTES:**

Kuruce - Matter is tentatively resolved.  PNC has agreed to file an amended proof of claim reflecting no prepetition arrears and a notice of mortgage payment change if necessary.  Objection will be moot if that is done.  Requests a 30-day continuance to finalize the agreement.

McClelland - PNC needed more time to run an escrow analysis.  Will be able to meet the November 1 deadline to file a notice of mortgage payment change.  No explanation as to the delay thus far.

Court - Expects the matter to be fully resolved by the continued hearing.  Only about $1,000 is at issue.


**OUTCOME:**

1. Matter continued to October 19, 2016 at 9:00 a.m.  (Text Order to issue).

**DATED:**  9/21/2016