**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

JUSTIN M. MALIK and
LAURA L. MCKEE,

    Debtors.

-------------------------------------------------

JUSTIN M. MALIK,

    Movant,

        v.

ALBERT GALLATIN AREA SCHOOL
DISTRICT,

    Respondent.

Case No. 15-22990-GLT

Chapter 13

Related to Doc No.  205

Doc. No. ____

**CERTIFICATE OF SERVICE OF NOTIFICATION OF**
**DEBTOR'S SOCIAL SECURITY NUMBER AND AMENDED**
**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

    I certify under penalty of perjury that I served the above captioned pleadings on the party at the address specified below or on the attached list on October 5, 2016.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was first-class mail.

EXECUTED ON: October 5, 2016

Respectfully submitted:

  /s/ Aurelius Robleto
Aurelius P. Robleto
PA ID No. 94633
ROBLETO LAW, PLLC
Three Gateway Center
401 Liberty Avenue, Suite 1306
Pittsburgh, PA 15222
Tel:  (412) 925-8194
Fax:  (412) 346-1035
apr@robletolaw.com

**PAWB Local Form 25 (07/13)**

**Service by First-Class Mail:**

Albert Gallatin Area School District
District Administration Office
Attn: Payroll Dept.
2625 Morgantown Rd.
Uniontown, PA 15401-6703

**PAWB Local Form 25 (07/13)**