IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSLVANIA

FILED
10/5/16 10:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:

JUSTIN M. MALIK and
LAURA L. MCKEE,

    Debtors.

-----------------------------------------------

JUSTIN M. MALIK,

    Movant,

    v.

ALBERT GALLATIN AREA SCHOOL
DISTRICT,

    Respondent.

Case No. 15-22990-GLT

Chapter 13

Related to Dkt. No. 204

**AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

    The above-named Debtor(s) having filed a Chapter 13 petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 Plan:

    IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income:

    Albert Gallatin Area School District
    District Administration Office
    Attn: Payroll Dept.
    2625 Morgantown Rd.
    Uniontown, PA 15401-6703

shall deduct from that income the sum of $1,820.00 per month ($840.00 biweekly), beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

    Ronda J. Winnecour, Trustee
    P.O. Box 84051
    Chicago IL  60689-4002

    IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.

    IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the debtor's full Social Security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.

PAWB Local Form 11 (07/13)

   IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.

   IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

   IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

   IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

Dated:  October 5, 2016

                                                                
United States Bankruptcy Judge

   IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

   Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

PAWB Local Form 11 (07/13)

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-22990-GLT
Justin M. Malik                                                         Chapter 13
Laura L. McKee
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz              Page 1 of 1            Date Rcvd: Oct 05, 2016
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2016.
db/jdb         +Justin M. Malik,    Laura L. McKee,    346 Nilan Hill Rd.,    Point Marion, PA 15474-1390

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Aurelius P. Robleto    on behalf of Debtor Justin M. Malik apr@robletolaw.com,    rmk@robletolaw.com,
               lsr@robletolaw.com
              Aurelius P. Robleto    on behalf of Joint Debtor Laura L. McKee apr@robletolaw.com,
               rmk@robletolaw.com,lsr@robletolaw.com
              Aurelius P. Robleto    on behalf of Attorney    Robleto Law, PLLC apr@robletolaw.com,
               rmk@robletolaw.com,lsr@robletolaw.com
              David Z. Valencik    on behalf of Creditor George A. Franks, III dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Donald R. Calaiaro    on behalf of Creditor George A. Franks, III dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              James A. Prostko    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
               pawb@fedphe.com,    james.prostko@phelanhallinan.com
              Nicholas R. Pagliari    on behalf of Creditor    Siwel Systems, LLC npagliari@mijb.com,
               sburick@mijb.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10