**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 15-22990-GLT |
| JUSTIN M. MALIK and LAURA L. MCKEE, | Chapter 13 |
| Debtors. | Related to Doc. Nos. 194. 196 & 197 |
| ------------------------------------------------ | |
| LAURA L. MCKEE, | Doc. No. ____ |
| Movants, | Hearing Date and Time: October 19, 2016 at 11:00 a.m. |
| v. | |
| BANK OF AMERICA, N.A. and RONDA J. WINNECOUR, Chapter 13 Trustee, | |
| Respondent. | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR**
**AN EXTENSION OF TIME WITHIN WHICH TO REAFFIRM GUARANTY AGREEMENT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on September 9, 2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Order Scheduling Dates for Response, objections to the Motion were to be filed and served no later than October 3, 2016.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: October 12, 2016

                                                  /s/ Aurelius Robleto
                                                  Aurelius P. Robleto
                                                  PA ID No. 94633
                                                  ROBLETO LAW, PLLC
                                                  Three Gateway Center
                                                  401 Liberty Avenue, Suite 1306
                                                  Pittsburgh, PA 15222
                                                  Tel: (412) 925-8194
                                                  Fax: (412) 346-1035
                                                  apr@robletolaw.com