**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 15-22990-GLT |
| JUSTIN M. MALIK and<br>LAURA L. MCKEE, | Chapter 13 |
| | Doc. No.  209 |
| Debtors. | |

**CERTIFICATE OF SERVICE OF MODIFIED DEFAULT ORDER**

    I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on October 14, 2016.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  Electronic mail notification via PACER/ECF and first class mail.

EXECUTED ON: October 14, 2016

                                  By:     /s/ Aurelius Robleto
                                                Aurelius Robleto
                                                PA ID No. 94633
                                                ROBLETO LAW, PLLC
                                                Three Gateway Center
                                                401 Liberty Ave., Ste. 1306
                                                Pittsburgh, PA 15222
                                                (412) 925-8194
                                                (412) 346-1035 Facsimile
                                                apr@robletolaw.com

**15-22990-GLT Notice will be electronically mailed to:**

Donald R. Calaiaro on behalf of Creditor George A. Franks, III
dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com

Andrew F Gornall on behalf of Creditor PNC Bank, National Association
agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Nicholas R. Pagliari on behalf of Creditor Siwel Systems, LLC
npagliari@mijb.com, sburick@mijb.com

James A. Prostko on behalf of Creditor DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
pawb@fedphe.com, james.prostko@phelanhallinan.com

David Z. Valencik on behalf of Creditor George A. Franks, III
dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by First Class Mail:**

Justin M. Malik & Laura L. McKee
346 Nilan Hill Rd.
Point Marion, PA 15474

Matthew S. Higginbotham
Bank of America; Special Assets Group
Portfolio Officer
1 Financial Plaza
Providence, RI 02903

Bank of America Practice Solutions
PO Box 909155
Chicago, IL 60680