## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JUSTIN M. MALIK and<br>LAURA L. MCKEE,<br><br>    Debtors.<br>-----------------------------------------------<br>JUSTIN M. MALIK and<br>LAURA L. MCKEE,<br><br>    Movants,<br><br>        v.<br><br>PNC BANK, NATIONAL ASSOCIATION, Its Successors And/Or Assigns,<br><br>    Respondent. | Case No. 15-22990-GLT<br><br>Chapter 13<br><br>Related to Claim No.　10　<br><br>Related to Doc. Nos.　58　and　191　<br><br>Hearing Date and Time:<br>    October 19, 2016 at 9:00 a.m. |

### WITHDRAWAL OF OBJECTION TO CLAIM OF PNC BANK, NATIONAL ASSOCIATION, ITS SUCCESSORS AND/OR ASSIGNS

    At the August 31, 2016 hearing on the Debtors' objection to the claim of PNC Bank, the Debtors' counsel noted that he believed that the objection would be resolved through the amendment of that claim. The court noted in its proceeding memo that the Debtors were to file a withdrawal of their objection indicating the consent of all parties.

    On October 18, 2016, PNC Bank amended its claim, resolving the Debtors' objection. The Debtors therefore withdraw their objection to of PNC Bank with the consent of all parties.

Dated: August 29, 2016                          By:    /s/ Aurelius Robleto
                                                                                       Aurelius P. Robleto
                                                                                       PA ID No. 94633
                                                                                       ROBLETO LAW, PLLC
                                                                                       401 Liberty Ave., Ste. 1306
                                                                                       Pittsburgh, PA 15222
                                                                                       (412) 925-8194
                                                                                       (412) 346-1035 fax
                                                                                       apr@robletolaw.com