Case 15-22990-GLT    Doc 214    Filed 10/20/16    Entered 10/20/16 09:56:11    Desc Main
Document    Page 1 of 1

FILED
10/20/16 8:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 15-22990-GLT |
| | : | Chapter: 13 |
| Justin M. Malik | : | |
| Laura L. McKee | : | |
| | : | Date: 10/19/2016 |
| *Debtor(s).* | : | Time: 09:00 |

## PROCEEDING MEMO

*MATTER:*  #71 - Con't Objection to Claim No. 10 of PNC Bank, N.A.

*APPEARANCES*:
 Debtors:  Renee Kuruce
 PNC:  Matthew McClelland

*NOTES:*

Kuruce - PNC Bank filed an amended proof of claim and the Debtors withdraw their objection to that claim.

*OUTCOME:*

1. Order to be issued overruling Objection to Claim as withdrawn.  (Text Order to issue).

**DATED:** 10/19/2016