# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| **Debtor:** | JUSTIN M. MALIK & LAURA L. MCKEE |
| **Case Number:** | 15-22990-GLT    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 20, 2016 01:00 PM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
10/24/16 3:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#149 - Continued Confirmation of Plan Dated 5-4-2016 (NFC)
R / M #:  149 / 0

**Appearances:**

Debtor: Kuruce
Trustee: Winnecour / (Bedford) / Pail / Katz

Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 12-8-16 at 1:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

10/14/2016  8:31:14AM