# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

FILED
12/12/16 2:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| Debtor: | JUSTIN M. MALIK & LAURA L. MCKEE |
| Case Number: | 15-22990-GLT    Chapter: 13 |
| Date / Time / Room: | THURSDAY, DECEMBER 08, 2016 01:30 PM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

**Matter:**

#149 - Continued Confirmation of Plan Dated 5/4/2016 - NFC
R / M #:   149 / 0

**Appearances:**   *Kunce.*

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz

Creditor:

**Proceedings:**

*Wambrodt - PNC Mortgage.*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____ .
7. __X__ Plan/Motion continued to 2/2/17 at 1:30 .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____ .
9. _____ Contested Hearing: _____ at _____ .
10. _____ Other: