# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| JUSTIN M. MALIK and<br>LAURA L. MCKEE, | Case No. 15-22990-GLT<br><br>Chapter 13 |
| Debtors. | Related to Doc. No. 225 |
| ------------------------------------------------- | |
| JUSTIN M. MALIK and<br>LAURA L. MCKEE, | Doc. No. ____ |
| Movants, | |
| v. | |
| ALBERT GALLATIN AREA SCHOOL<br>DISTRICT, | |
| Respondent. | |

**CERTIFICATE OF SERVICE OF AMENDED ORDER TO
PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT AND
NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

   I certify under penalty of perjury that I served the above captioned pleadings on the party at the address specified below or on the attached list on February 8, 2017.

   The type(s) of service made on the party (first-class mail, electronic notification, hand delivery, or another type of service) was: U.S. Mail, postage prepaid.

ALBERT GALLATIN AREA SCHOOL DISTRICT
DISTRICT ADMINISTRATION OFFICE
ATTN: PAYROLL DEPT.
2625 MORGANTOWN RD.
UNIONTOWN, PA 15401-6703

EXECUTED ON: February 8, 2017

By:   /s/ Aurelius Robleto
      Aurelius P. Robleto
      PA ID No. 94633
      ROBLETO LAW, PLLC
      401 Liberty Ave., Ste. 1306
      Pittsburgh, PA 15222
      (412) 925-8194
      (412) 346-1035 fax
      apr@robletolaw.com

**PAWB Local Form 7 (07/13)**