# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

08/01/2017

IN RE:

| | |
|---|---|
| JUSTIN M. MALIK | Case No.15-22990 GLT |
| LAURA L. MCKEE | |
| 346 NILAN HILL RD. | Chapter 13 |
| PORT MARION,  PA  15474 | |
| XXX-XX-8604          Debtor(s) | |
| XXX-XX-4796 | |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/1/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O RECOVERY MANAGEMENT SYSTEMS CORP | Court Claim Number: | ACCOUNT NO.:  5051 |
| 25 SE 2ND AVE STE 1120 | | |
| | CLAIM:  0.00 | |
| MIAMI, FL  33131-1605 | COMMENT:  JCP/PRAE | |

| | | |
|---|---|---|
| **GEORGE A FRANKS III** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DAVID Z VALENCIK ESQ | Court Claim Number:12-2 | ACCOUNT NO.:  MALIK |
| 428 FORBES AVE STE 900 | | |
| | CLAIM:  120,000.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  NO$~NUM~DISPUTED/SCH*DKT*AMD | |

| | | |
|---|---|---|
| **C A CURTZE CO D/B/A SPECIALTY STEAK SERV** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O AMATO KEATING & LESSA PC | Court Claim Number:4 | ACCOUNT NO.:  0232 |
| 107 N COMMERCE WAY | | |
| | CLAIM:  20,485.92 | |
| BETHELHEM, PA  18017 | COMMENT:  AVD/OE~CL=UNS*NO NUM~SEC/SCH*JUDGMENT 1243 OF 2015 DSB | |

| | | |
|---|---|---|
| **DITECH FINANCIAL LLC F/K/A GREEN TREE SER** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYME |
| PO BOX 0049 | Court Claim Number:7 | ACCOUNT NO.:  0153 |
| | CLAIM:  0.00 | |
| PALATINE, IL  60055-0049 | COMMENT:  CLOSED OFF/RJB~TO BE PD@SALE*NT PROV/PL*879.78 X (60+2)=LMT*BGN 9/15 | |

| | | |
|---|---|---|
| **DEERE & CO/JOHN DEERE CREDIT** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| 23176 NETWORK PL | Court Claim Number:22 | ACCOUNT NO.:  3243 |
| | CLAIM:  2,168.41 | |
| CHICAGO, IL  60673 | COMMENT:  $CL-PL@SLNT%/PL@K*PL=K*JD FNNCL*FLD AFT BAR | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYME |
| C/O PNC MORTGAGE | Court Claim Number:10-2 | ACCOUNT NO.:  2766 |
| ATTN BANKRUPTCY DEPT | | |
| 3232 NEWMARK DR | CLAIM:  0.00 | |
| MIAMISBURG, OH  45342 | COMMENT:  PMT/DECL*1166.71/PL*DKT4PMT-LMT | |

| | | |
|---|---|---|
| **UNITED BANK INC** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| 81 WEST MAIN ST | Court Claim Number: | ACCOUNT NO.:  1994 |
| | CLAIM:  0.00 | |
| UNIONTOWN, PA  15401 | COMMENT:  CLOSED OFF/RJB*NT PROV/PL | |

| | | |
|---|---|---|
| **WELLS FARGO BANK NA D/B/A WELLS FARGO** | Trustee Claim Number:8   INT %: 2.90% | CRED DESC:  VEHICLE |
| PO BOX 17900 | Court Claim Number:2 | ACCOUNT NO.:  5193 |
| | CLAIM:  6,267.39 | |
| DENVER, CO  80217-0900 | COMMENT:  CL2GOVS*$CL-PL@2.9%/PL@K*PL NT K | |

| | | |
|---|---|---|
| **ECMC(*)** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| LOCKBOX #8682 | Court Claim Number:8 | ACCOUNT NO.:  4796 |
| PO BOX 16478 | | |
| | CLAIM:  71,225.56 | |
| ST PAUL, MN  55116-0478 | COMMENT:  @1487~ACS INC/SCH*FR CLC TRUST II ELT DEUTSCHE BNK OBO ASA~DOC 218 | |

| | | |
|---|---|---|
| **ADVANCED DISPOSAL** | Trustee Claim Number:10 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1184 MCCLELLANDTOWN RD | Court Claim Number: | ACCOUNT NO.:  ? |
| | CLAIM:  0.00 | |
| MCCLELLANDTOWN, PA  15458 | COMMENT:  NT ADR/SCH | |

| | | | |
|---|---|---|---|
| **ATLANTIC BROADBAND\*** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR | |
| 24 MAIN ST | Court Claim Number: | ACCOUNT NO.: ? | |
| | CLAIM: 0.00 | | |
| BRADFORD, PA 16701-2018 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **BANK OF AMERICA NA\*\*** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR | |
| PO BOX 15102 | Court Claim Number: | ACCOUNT NO.: ? | |
| | CLAIM: 0.00 | | |
| WILMINGTON, DE 19886-5102 | COMMENT: NT ADR~BIZ LOAN MCKEE FAMILY DENTAL/SCH | | |

| | | | |
|---|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR | |
| POB 12914 | Court Claim Number:14 | ACCOUNT NO.: 3607 | |
| | CLAIM: 251.27 | | |
| NORFOLK, VA 23541 | COMMENT: NO NUM~BEST BUY/SCH | | |

| | | | |
|---|---|---|---|
| **CAPITAL ONE BANK NA\*\*** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR | |
| C/O AMERICAN INFOSOURCE LP - AGENT | Court Claim Number:5 | ACCOUNT NO.: 1945 | |
| POB 71083 | | | |
| | CLAIM: 6,164.05 | | |
| CHARLOTTE, NC 28272-1083 | COMMENT: NO NUM/SCH | | |

| | | | |
|---|---|---|---|
| **ECAST SETTLEMENT CORP** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR | |
| POB 29262 | Court Claim Number:13 | ACCOUNT NO.: 4707 | |
| | CLAIM: 7,232.41 | | |
| NEW YORK, NY 10087-9262 | COMMENT: NO NUM/SCH@CITIBANK | | |

| | | | |
|---|---|---|---|
| **ECAST SETTLEMENT CORP** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR | |
| POB 29262 | Court Claim Number:21 | ACCOUNT NO.: 8482 | |
| | CLAIM: 6,899.17 | | |
| NEW YORK, NY 10087-9262 | COMMENT: NO NUM@CITIBANK/SCH | | |

| | | | |
|---|---|---|---|
| **AMERICAN INFOSOURCE LP - AGENT DIRECTV** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR | |
| PO BOX 5008 | Court Claim Number:20 | ACCOUNT NO.: 1461 | |
| | CLAIM: 154.42 | | |
| CAROL STREAM, IL 60197-5008 | COMMENT: 7436/SCH | | |

| | | | |
|---|---|---|---|
| **FAYETEE BROADCAST CORPORATION** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR | |
| 44 S MOUNT VERNON AVE | Court Claim Number: | ACCOUNT NO.: ? | |
| | CLAIM: 0.00 | | |
| UNIONTOWN, PA 15401-3224 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **FRANK FRATTO INC** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR | |
| 711 KINGVIEW RD | Court Claim Number: | ACCOUNT NO.: D001 | |
| | CLAIM: 0.00 | | |
| SCOTTDALE, PA 15683-1836 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **HERALD STANDARD** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR | |
| 818 E CHURCH ST | Court Claim Number: | ACCOUNT NO.: 3003 | |
| POB 848 | | | |
| | CLAIM: 0.00 | | |
| UNIONTOWN, PA 15401 | COMMENT: NT ADR/SCH | | |

| | | |
|---|---|---|
| **HOME CITY ICE CO** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 111116 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| CINCINNATI, OH 45211 | COMMENT: | |

| | | |
|---|---|---|
| **JOSEPH AND LINDA SWARTZ** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 35 MEADOW LN | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| UNIONTOWN, PA 15401-5265 | COMMENT: | |

| | | |
|---|---|---|
| **MASONTOWN TROPHY AND EMBRIODERY** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 25 S MAIN ST | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| MASONTOWN, PA 15461-2039 | COMMENT: | |

| | | |
|---|---|---|
| **GRANITE STATE MANAGEMENT & RESOURCES** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 3420 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| CONCORD, NH 03302-3420 | COMMENT: NHHELC/SCH | |

| | | |
|---|---|---|
| **GRANITE STATE MANAGEMENT & RESOURCES** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 3420 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| CONCORD, NH 03302-3420 | COMMENT: NHHELC/SCH | |

| | | |
|---|---|---|
| **GRANITE STATE MANAGEMENT & RESOURCES** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 3420 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| CONCORD, NH 03302-3420 | COMMENT: NHHELC/SCH | |

| | | |
|---|---|---|
| **GRANITE STATE MGMNT & RESOURCES O/B/O** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DEPARTMENT OF EDUCATION | Court Claim Number:6 | ACCOUNT NO.: 4796 |
| PO BOX 105291 | | |
| | CLAIM: 74,724.38 | |
| ATLANTA, GA 30348-5291 | COMMENT: NO NUM/SCH~NHHELC | |

| | | |
|---|---|---|
| **GRANITE STATE MANAGEMENT & RESOURCES** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 3420 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| CONCORD, NH 03302-3420 | COMMENT: NHHELC/SCH | |

| | | |
|---|---|---|
| **GRANITE STATE MANAGEMENT & RESOURCES** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 3420 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| CONCORD, NH 03302-3420 | COMMENT: NHHELC/SCH | |

| | | |
|---|---|---|
| **GRANITE STATE MANAGEMENT & RESOURCES** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 3420 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| CONCORD, NH 03302-3420 | COMMENT: NHHELC/SCH | |

| GRANITE STATE MANAGEMENT & RESOURCES | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 3420 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| CONCORD, NH 03302-3420 | COMMENT: NHHELC/SCH | |

| GRANITE STATE MANAGEMENT & RESOURCES | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 3420 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| CONCORD, NH 03302-3420 | COMMENT: NHHELC/SCH | |

| GRANITE STATE MANAGEMENT & RESOURCES | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 3420 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| CONCORD, NH 03302-3420 | COMMENT: NHHELC/SCH | |

| ONE VIEW FINANCE | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 4130 | Court Claim Number: | ACCOUNT NO.: 3877 |
| | CLAIM: 0.00 | |
| HOPKINS, MN 55343-0498 | COMMENT: | |

| STATE WORKERS' INSURANCE FUND | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| ATTN MARY WOODBRIDGE-ASST COUNSEL | Court Claim Number:19-2 | ACCOUNT NO.: 0294 |
| 100 LACKAWANNA AVE 3RD FL | | |
| | CLAIM: 1,272.00 | |
| SCRANTON, PA 18503 | COMMENT: NO NUM~DISPUTED/SCH*2014-15*AMD | |

| PNC BANK NA | Trustee Claim Number:36 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 94982 | Court Claim Number:1 | ACCOUNT NO.: 5997 |
| | CLAIM: 15,151.22 | |
| CLEVELAND, OH 44101 | COMMENT: | |

| PRA/PORTFOLIO RECOVERY ASSOC | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 12914 | Court Claim Number:11 | ACCOUNT NO.: 3083 |
| | CLAIM: 4,051.64 | |
| NORFOLK, VA 23541 | COMMENT: NO NUM/SCH*SEARS | |

| SIWEL SYSTEMS | Trustee Claim Number:38 INT %: 6.00% | CRED DESC: SECURED CREDITOR |
|---|---|---|
| 100 LINCOLN HWY | Court Claim Number:18 | ACCOUNT NO.: MALIK |
| | CLAIM: 1,598.13 | |
| IMPERIAL, PA 15126-2200 | COMMENT: $OE-CONF@6%/CL*NO NUM@UNS/SCH-PL*JUDGMENT 2743 OF 2014 DS*W/50 | |

| N FAYETTE CO MUNICIPAL AUTH | Trustee Claim Number:39 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 1634 UNIVERSITY DR POB 368 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| DUNBAR, PA 15431 | COMMENT: | |

| THOMAS AND CONSTANCE BATTAGLIA | Trustee Claim Number:40 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 243 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| ULEDI, PA 15484-0243 | COMMENT: | |

| | | |
|---|---|---|
| **UNITED BANK INC** | Trustee Claim Number:41 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 81 WEST MAIN ST | Court Claim Number:16 | ACCOUNT NO.: 1890 |
| | CLAIM: 9,167.33 | |
| UNIONTOWN, PA 15401 | COMMENT: JUDGMENT 1566 OF 2015GD | |

| | | |
|---|---|---|
| **UNITED BANK INC** | Trustee Claim Number:42 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 81 WEST MAIN ST | Court Claim Number:15 | ACCOUNT NO.: 8210 |
| | CLAIM: 8,981.50 | |
| UNIONTOWN, PA 15401 | COMMENT: 9559/SCH*JUDGMENT 1566 OF 2015GD | |

| | | |
|---|---|---|
| **WEST PENN POWER**\*\* | Trustee Claim Number:43 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1310 FAIRMONT AVE | Court Claim Number:17 | ACCOUNT NO.: 4717 |
| | CLAIM: 216.50 | |
| FAIRMONT, WV 26554 | COMMENT: 0946/SCH | |

| | | |
|---|---|---|
| **PA DEPT OF REVENUE**\*\* | Trustee Claim Number:44 INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:3-2 | ACCOUNT NO.: 8604 |
| STRAWBERRY SQ | | |
| | CLAIM: 0.00 | |
| HARRISBURG, PA 17128 | COMMENT: 2457/PL*NT/SCH*EST*AMD CL=$0 | |

| | | |
|---|---|---|
| **PA DEPT OF REVENUE**\*\* | Trustee Claim Number:45 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:3-2 | ACCOUNT NO.: 8604 |
| STRAWBERRY SQ | | |
| | CLAIM: 0.00 | |
| HARRISBURG, PA 17128 | COMMENT: NT/SCH*EST*AMD CL=$0 | |

| | | |
|---|---|---|
| **CLERK, U S BANKRUPTCY COURT** | Trustee Claim Number:46 INT %: 0.00% | CRED DESC: FILING FEES |
| ATTN: FILING FEE CLERK | Court Claim Number: | ACCOUNT NO.: 15-22990 GLT |
| 600 GRANT ST 5414 US STEEL TWR | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: PIF/CLERK*FEES/PL*310/PL | |

| | | |
|---|---|---|
| **DITECH FINANCIAL LLC F/K/A GREEN TREE SER** | Trustee Claim Number:47 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| PO BOX 0049 | Court Claim Number:7 | ACCOUNT NO.: 0153 |
| | CLAIM: 0.00 | |
| PALATINE, IL 60055-0049 | COMMENT: CLOSED OFF/RJB~TO BE PD@SALE*NT PROV/PL*THRU 8/15*ESCROW CUSHION | |

| | | |
|---|---|---|
| **CAPITAL ONE NA**\*\* | Trustee Claim Number:48 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:9 | ACCOUNT NO.: 1823 |
| PO BOX 3001 | | |
| | CLAIM: 235.46 | |
| MALVERN, PA 19355-0701 | COMMENT: NT/SCH*KOHLS | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:49 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| C/O PNC MORTGAGE | Court Claim Number:10-2 | ACCOUNT NO.: 2766 |
| ATTN BANKRUPTCY DEPT | | |
| 3232 NEWMARK DR | CLAIM: 0.00 | |
| MIAMISBURG, OH 45342 | COMMENT: CL10-2GOVS*999.04/PL*AMD CL=$0 | |

| | | |
|---|---|---|
| **SIWEL SYSTEMS** | Trustee Claim Number:50 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 100 LINCOLN HWY | Court Claim Number:18 | ACCOUNT NO.: MALIK |
| | CLAIM: 59,171.46 | |
| IMPERIAL, PA 15126-2200 | COMMENT: UNS BAL AFTER OE*SCH@CID38 | |