Certificate Number: 15317-PAW-DE-031755122

Bankruptcy Case Number: 15-22990



15317-PAW-DE-031755122

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 13, 2018</u>, at <u>11:37</u> o'clock <u>AM PDT</u>, <u>Justin M Malik</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>October 13, 2018</u>          By:   <u>/s/Eunice Francia</u>

                                        Name: <u>Eunice Francia</u>

                                        Title: <u>Counselor</u>