Certificate Number: 15317-PAW-DE-031755123

Bankruptcy Case Number: 15-22990



15317-PAW-DE-031755123

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 13, 2018, at 11:37 o'clock AM PDT, Laura L Mckee completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   October 13, 2018              By:    /s/Eunice Francia

                                      Name:  Eunice Francia

                                      Title: Counselor