

4 Barrell Court
PO Box 3420
Concord, NH 03302-3420

In Re: **Laura L McKee**          :     Case No. **15-22990**
**Justin M Malik**                :     Chapter: **13**

Debtor(s)                         :     Judge **Gregory L Taddonio**

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

**U.S. Department of Education**, hereby gives notice that all presently held or future payments and/or correspondence to the Creditor for **Court Claim Number(s)** **6** should be sent to the following address(es):

**NEW ADDRESS:**

**NOTICE**

**PAYMENT**
U.S. Department of Education
P.O. Box 4414
Portland, OR   97208

Prepared by:
Amanda Wilczynski
(Name)
Student Loan Analyst I
(Title)
Granite State Management & Resources
(Address)
P.O. Box 3420
Concord, NH 03302

*[signature]*

*[Received stamp: 2020 APR 23 P 3:26, U.S. BANKRUPTCY COURT CLERK, PITTSBURGH]*