**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

JUSTIN M. MALIK and
LAURA L. MCKEE,

      Debtors.

-------------------------------------------------

JUSTIN M. MALIK and
LAURA L. MCKEE,

      Movants,

      v.

ALBERT GALLATIN AREA SCHOOL
DISTRICT,

      Respondent.

Case No. 15-22990-GLT

Chapter 13

Related to Doc. No. __238__

Doc. No. ____

**CERTIFICATE OF SERVICE OF ORDER TO**
**TERMINATE WAGE ATTACHMENT AND**
**NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

    I certify under penalty of perjury that I served the above captioned pleadings on the party at the address specified below or on the attached list on September 1, 2020.

    The type(s) of service made on the party (first-class mail, electronic notification, hand delivery, or another type of service) was: U.S. Mail, postage prepaid.

ALBERT GALLATIN AREA SCHOOL DISTRICT
DISTRICT ADMINISTRATION OFFICE
ATTN: PAYROLL DEPT.
2625 MORGANTOWN RD.
UNIONTOWN, PA 15401-6703

EXECUTED ON: September 1, 2020

By:   __/s/ Aurelius Robleto__
     Aurelius P. Robleto
     PA ID No. 94633
     ROBLETO LAW, PLLC
     401 Liberty Ave., Ste. 1306
     Pittsburgh, PA 15222
     (412) 925-8194
     (412) 346-1035 fax
     apr@robletolaw.com

**PAWB Local Form 7 (07/13)**