**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  JUSTIN M. MALIK<br>  LAURA L. MCKEE<br>      Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  JUSTIN M. MALIK<br>  LAURA L. MCKEE<br><br>      Respondents | Case No.15-22990GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 237 |

FILED
8/31/20 11:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this   31st   day of   August  2020,   it is hereby ORDERED, ADJUDGED, and DECREED that,

        Albert Gallatin Sd
        Attn: Payroll Manager
        2625 Morgantown Rd
        Uniontown,PA 15401

is hereby ordered to immediately terminate the attachment of the wages of JUSTIN M. MALIK, social security number XXX-XX-8604.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JUSTIN M. MALIK.

BY THE COURT:

_/s/ Gregory L. Taddonio_    jah
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Justin M. Malik  
Laura L. McKee  
       Debtors

Case No. 15-22990-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: agro        Page 1 of 1        Date Rcvd: Aug 31, 2020  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2020.  
db/jdb       +Justin M. Malik,   Laura L. McKee,   346 Nilan Hill Rd.,   Point Marion, PA 15474-1390

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2020                                    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2020 at the address(es) listed below:

          Andrew F Gornall    on behalf of Creditor   PNC Bank, National Association andygornall@latouflawfirm.com  
          Aurelius P. Robleto    on behalf of Attorney   Robleto Law, PLLC apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com  
          Aurelius P. Robleto    on behalf of Debtor Justin M. Malik apr@robletolaw.com, rmk@robletolaw.com, ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com  
          Aurelius P. Robleto    on behalf of Joint Debtor Laura L. McKee apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com  
          David Z. Valencik    on behalf of Creditor George A. Franks, III dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com  
          Donald R. Calaiaro    on behalf of Creditor George A. Franks, III dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com  
          James Warmbrodt    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com  
          James A. Prostko    on behalf of Creditor   DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC pawb@fedphe.com  
          Nicholas R. Pagliari    on behalf of Creditor   Siwel Systems, LLC npagliari@mijb.com, sburick@mijb.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                          TOTAL: 11