**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>JUSTIN M. MALIK and LAURA L. MCKEE,<br>    Debtors.<br>------------------------------------------------<br>LAURA L. MCKEE,<br>    Movant,<br>        v.<br>RONDA J. WINNECOUR, ESQ.,<br>Standing Chapter 13 Trustee,<br>    Respondent. | Case No. 15-22990-GLT<br><br>Chapter 13<br><br>Related to Doc. Nos. 1, 233<br><br>Doc. No. |

**DEBTOR'S CERTIFICATE OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On October 15, 2018 at docket number 233, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated: September 8, 2020

                                              /s/ Laura L. McKee
                                              LAURA L. MCKEE

                                              Respectfully submitted,


                                              /s/ Aurelius Robleto
                                              Aurelius P. Robleto
                                              PA ID No. 94633
                                              ROBLETO KURUCE, PLLC
                                              6101 Penn Ave., Ste. 201
                                              Pittsburgh, PA 15206
                                              Tel: (412) 925-8194
                                              Fax: (412) 346-1035
                                              apr@robletolaw.com

**PAWB Local Form 24 (07/13)**