# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>JUSTIN M. MALIK and LAURA L. MCKEE,<br>　　　　Debtors.<br>-------------------------------------------------<br>JUSTIN M. MALIK,<br>　　　　Movant,<br>　　　　　v.<br>RONDA J. WINNECOUR, ESQ.,<br>Standing Chapter 13 Trustee,<br>　　　　Respondent. | Case No. 15-22990-GLT<br><br>Chapter 13<br><br>Related to Doc. Nos. 1, 232<br><br>Doc. No. |

## DEBTOR'S CERTIFICATE OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On October 15, 2018 at docket number 232, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated: September 8, 2020

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Justin M. Malik
　　　　　　　　　　　　　　　　　　　　　　　　JUSTIN M. MALIK

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Aurelius Robleto
　　　　　　　　　　　　　　　　　　　　　　　　Aurelius P. Robleto
　　　　　　　　　　　　　　　　　　　　　　　　PA ID No. 94633
　　　　　　　　　　　　　　　　　　　　　　　　ROBLETO KURUCE, PLLC
　　　　　　　　　　　　　　　　　　　　　　　　6101 Penn Ave., Ste. 201
　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15206
　　　　　　　　　　　　　　　　　　　　　　　　Tel:  (412) 925-8194
　　　　　　　　　　　　　　　　　　　　　　　　Fax:  (412) 346-1035
　　　　　　　　　　　　　　　　　　　　　　　　apr@robletolaw.com