Form 604

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Justin M. Malik** | : | Case No. 15−22990−GLT |
| **Laura L. McKee** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 246 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 1/13/21 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE
FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this *The 27th of October, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 246 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)  **On or before December 11, 2020**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)  This Motion is scheduled for hearing on *January 13, 2021 at 11:00 AM* in Zoom location, https://www.zoomgov.com/j/, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-22990-GLT |
| Justin M. Malik | Chapter 13 |
| Laura L. McKee | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 3 |
| Date Rcvd: Oct 27, 2020 | Form ID: 604 | Total Noticed: 56 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Justin M. Malik, Laura L. McKee, 346 Nilan Hill Rd., Point Marion, PA 15474-1390 |
| aty | + | Robleto Law, PLLC, Three Gateway Center, 401 Liberty Avenue, Suite 1306, Pittsburgh, PA 15222-1004 |
| cr | | George A. Franks, III, c/o David Z. Valencik, Esq., Calaiaro Valencik, 428 Forbes Ave., Ste. 900, Pittsburgh, PA 15219-1621 |
| cr | | Siwel Systems, LLC, 100 Lincoln Highway, Imperial, PA 15126-2200 |
| 14094388 | + | ACS/College Loan Corp., College Loan Corporation, 10000 W. Charleston Blvd., Suite 200, Las Vegas, Nevada 89135-1004 |
| 14094389 | | Advanced Disposal, 1192 McClellandtown Rd, McClellandtown, PA 15458-1118 |
| 14164126 | | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 51178, Los Angeles, CA 90051-5478 |
| 14094391 | | Bank of America Practice Solutions, PO Box 809155, Chicago, IL 60680-9155 |
| 14094392 | | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14094393 | | C.A. Curtze Co., d/b/a Specialty Steak Service, 1717 E 12th St, Erie, PA 16511-1723 |
| 14114346 | + | C.A. Curtze Co. d/b/a Specialty Steak Service, c/o Amato Keating and Lessa, P.C., 107 North Commerce Way', Bethlehem PA 18017-8913 |
| 14141911 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14133240 | + | CLC TRUST II/ELT DEUTSCHE BANK On behalf of, MHEAC d/b/a ASA, c/o Keith Coburn, MHEAC d/b/a ASA, 100 Cambridge Street, Suite 1600 Boston, MA 02114-2518 |
| 14094396 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Association LP, 13355 Noel Rd, Dallas, TX 75240-6602 |
| 14094395 | | Citi Cards/Citbank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14201268 | + | Deere & Company d/b/a John Deere Financial, 6400 NW 86th St, Johnston IA 50131-2945 |
| 14130875 | | Ditech Financial LLC, PO BOX 6154, Rapid City, SD 57709-6154 |
| 14151387 | | ECAST SETTLEMENT CORPORATION, POB 29262, NEW YORK, NY 10087-9262 |
| 14344316 | | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14094398 | | Fayette Broadcast Corporation, 44 S Mount Vernon Ave, Uniontown, PA 15401-3224 |
| 14094399 | + | Frank Fratto Inc., 711 Kingview Rd, Scottdale, PA 15683-1817 |
| 14094400 | | Franklin American Mortgage Company, PO Box 77404, Ewing, NJ 08628-6404 |
| 14149564 | + | George A. Franks, III, 324 High Avenue, Masontown, PA 15461-1916 |
| 14129137 | | Granite State Mgmt, PO Box 3420, Concord, NH 03302-3420 |
| 14094401 | + | Green Tree, PO Box 6172, Rapid City, SD 57709-6172 |
| 14094402 | | Herald-Standard, 8 E Church St, Uniontown, PA 15401-3563 |
| 14094403 | | Home City Ice, PO Box 111116, Cincinnati, OH 45211-1116 |
| 14094405 | + | John Deere Financial, PO Box 4450, Carol Stream, IL 60197-4450 |
| 14160492 | | Joseph and Linda Swartz, 35 Meadow Ln, Uniontown, PA 15401-5265 |
| 14094406 | | Masontown Trophy and Embrodery, 25 S Main St, Masontown, PA 15461-2039 |
| 14094407 | | NHHELC/GSM&R, PO Box 3420, Concord, NH 03302-3420 |
| 14094408 | | OneView Finance, PO Box 4130, Hopkins, MN 55343-0498 |
| 14094409 | + | PA Dept. of Labor and Industry, State Workers Insurance Fund, 100 Lackawanna Ave, Scranton, PA 18503-1966 |
| 14163941 | + | PA State Workers' Insurance Fund, c/o Mary Boyco, 100 Lacakwanna Ave, Scranton, PA 18503-1966 |
| 14100003 | + | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101-4982 |
| 14094410 | | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 14145735 | + | PNC Mortgage, a division of PNC Bank N.A, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14094411 | | Sears/CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14161065 | | Siwel Systems, LLC, c/o E.D. Lewis, Member, 100 Lincoln Highway, Imperial, PA 15126-2200 |
| 14094412 | | The North Fayette County Municipal Auth., 1634 University Dr, Dunbar, PA 15431-2045 |

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2020 | Form ID: 604 | Total Noticed: 56 |

| | | |
|---|---|---|
| 14160493 | | Thomas and Constance Battaglia, PO Box 243, Uledi, PA 15484-0243 |
| 14094413 | | United Bank, 81 W Main St, Uniontown, PA 15401-3340 |
| 14094414 | | United Bank, PO Box 2373, Charleston, WV 25328-2373 |
| 14094415 | + | United Bankcard Center, 514 Market St, Parkersburg, WV 26101-5341 |
| 14108884 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14094416 | | Wells Fargo Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |

TOTAL: 46

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Oct 28 2020 02:20:15 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14120257 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 01:12:23 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14094394 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 01:12:23 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14094397 | | Email/Text: G06041@att.com | Oct 28 2020 02:27:00 | Direct TV, PO Box 60036, Los Angeles, CA 90060-0036 |
| 14114015 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 28 2020 02:24:00 | Kohls, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 14149360 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2020 01:12:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14109347 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2020 02:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14100870 | | Email/PDF: rmscedi@recoverycorp.com | Oct 28 2020 02:20:15 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14160978 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 28 2020 02:26:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 14094417 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 28 2020 02:26:00 | West Penn Power, 76 S Main St, Akron, OH 44308-1817 |

TOTAL: 10

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LL |
| cr | | PNC Bank, National Association |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14094390 | ## | Atlantic Broadband, 24 Main St, Bradford, PA 16701-2018 |
| 14094404 | ##+ | Joe Belt and Sandy Belt, 4034 Pinehurst Drive, Morgantown, WV 26505-8083 |
| jdb | *+ | Laura L. McKee, 346 Nilan Hill Rd., Point Marion, PA 15474-1390 |

TOTAL: 2 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 15-22990-GLT    Doc 248    Filed 10/29/20    Entered 10/30/20 09:33:36    Desc
Imaged Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 3 of 3 |
| Date Rcvd: Oct 27, 2020 | Form ID: 604 | Total Noticed: 56 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020                     Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:**

**Name**          **Email Address**

Andrew F Gornall
    on behalf of Creditor PNC Bank  National Association andygornall@latouflawfirm.com

Aurelius P. Robleto
    on behalf of Attorney Robleto Law  PLLC apr@robletolaw.com,
    rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Aurelius P. Robleto
    on behalf of Joint Debtor Laura L. McKee apr@robletolaw.com
    rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Aurelius P. Robleto
    on behalf of Debtor Justin M. Malik apr@robletolaw.com
    rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Brian Nicholas
    on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com

David Z. Valencik
    on behalf of Creditor George A. Franks  III dvalencik@c-vlaw.com,
    cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro
    on behalf of Creditor George A. Franks  III dcalaiaro@c-vlaw.com,
    cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

James A. Prostko
    on behalf of Creditor DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC pawb@fedphe.com

Nicholas R. Pagliari
    on behalf of Creditor Siwel Systems  LLC npagliari@mijb.com, sburick@mijb.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 11