| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Justin M. Malik** | Social Security number or ITIN   xxx–xx–8604 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Laura L. McKee** | Social Security number or ITIN   xxx–xx–4796 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **15–22990–GLT** | | |

# Order of Discharge                                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Justin M. Malik                                                    Laura L. McKee

                                                                      **By the court:**   <u>Gregory L. Taddonio</u>
   <u>12/18/20</u>                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

                                                                      **For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-22990-GLT |
| Justin M. Malik | Chapter 13 |
| Laura L. McKee | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 1 of 4 |
| Date Rcvd: Dec 18, 2020 | Form ID: 3180W | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Justin M. Malik, Laura L. McKee, 346 Nilan Hill Rd., Point Marion, PA 15474-1390 |
| aty | + | Robleto Law, PLLC, Three Gateway Center, 401 Liberty Avenue, Suite 1306, Pittsburgh, PA 15222-1004 |
| cr | | George A. Franks, III, c/o David Z. Valencik, Esq., Calaiaro Valencik, 428 Forbes Ave., Ste. 900, Pittsburgh, PA 15219-1621 |
| cr | | Siwel Systems, LLC, 100 Lincoln Highway, Imperial, PA 15126-2200 |
| 14094388 | + | ACS/College Loan Corp., College Loan Corporation, 10000 W. Charleston Blvd., Suite 200, Las Vegas, Nevada 89135-1004 |
| 14094389 | | Advanced Disposal, 1192 McClellandtown Rd, McClellandtown, PA 15458-1118 |
| 14164126 | | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 51178, Los Angeles, CA 90051-5478 |
| 14094391 | | Bank of America Practice Solutions, PO Box 809155, Chicago, IL 60680-9155 |
| 14094393 | | C.A. Curtze Co., d/b/a Specialty Steak Service, 1717 E 12th St, Erie, PA 16511-1723 |
| 14114346 | + | C.A. Curtze Co. d/b/a Specialty Steak Service, c/o Amato Keating and Lessa, P.C., 107 North Commerce Way', Bethlehem PA 18017-8913 |
| 14133240 | + | CLC TRUST II/ELT DEUTSCHE BANK On behalf of, MHEAC d/b/a ASA, c/o Keith Coburn, MHEAC d/b/a ASA, 100 Cambridge Street, Suite 1600 Boston, MA 02114-2518 |
| 14094396 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Association LP, 13355 Noel Rd, Dallas, TX 75240-6602 |
| 14201268 | + | Deere & Company d/b/a John Deere Financial, 6400 NW 86th St, Johnston IA 50131-2945 |
| 14130875 | | Ditech Financial LLC, PO BOX 6154, Rapid City, SD 57709-6154 |
| 14094398 | | Fayette Broadcast Corporation, 44 S Mount Vernon Ave, Uniontown, PA 15401-3224 |
| 14094399 | + | Frank Fratto Inc., 711 Kingview Rd, Scottdale, PA 15683-1817 |
| 14094400 | | Franklin American Mortgage Company, PO Box 77404, Ewing, NJ 08628-6404 |
| 14149564 | + | George A. Franks, III, 324 High Avenue, Masontown, PA 15461-1916 |
| 14129137 | | Granite State Mgmt, PO Box 3420, Concord, NH 03302-3420 |
| 14094401 | + | Green Tree, PO Box 6172, Rapid City, SD 57709-6172 |
| 14094402 | | Herald-Standard, 8 E Church St, Uniontown, PA 15401-3563 |
| 14094403 | | Home City Ice, PO Box 111116, Cincinnati, OH 45211-1116 |
| 14094405 | + | John Deere Financial, PO Box 4450, Carol Stream, IL 60197-4450 |
| 14160492 | | Joseph and Linda Swartz, 35 Meadow Ln, Uniontown, PA 15401-5265 |
| 14094406 | | Masontown Trophy and Embrodery, 25 S Main St, Masontown, PA 15461-2039 |
| 14094407 | | NHHELC/GSM&R, PO Box 3420, Concord, NH 03302-3420 |
| 14094408 | | OneView Finance, PO Box 4130, Hopkins, MN 55343-0498 |
| 14094409 | + | PA Dept. of Labor and Industry, State Workers Insurance Fund, 100 Lackawanna Ave, Scranton, PA 18503-1966 |
| 14163941 | + | PA State Workers' Insurance Fund, c/o Mary Boyco, 100 Lackawanna Ave, Scranton, PA 18503-1966 |
| 14145735 | + | PNC Mortgage, a division of PNC Bank N.A, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14161065 | | Siwel Systems, LLC, c/o E.D. Lewis, Member, 100 Lincoln Highway, Imperial, PA 15126-2200 |
| 14094412 | | The North Fayette County Municipal Auth., 1634 University Dr, Dunbar, PA 15431-2045 |
| 14160493 | | Thomas and Constance Battaglia, PO Box 243, Uledi, PA 15484-0243 |
| 14094413 | | United Bank, 81 W Main St, Uniontown, PA 15401-3340 |
| 14094414 | | United Bank, PO Box 2373, Charleston, WV 25328-2373 |
| 14094415 | + | United Bankcard Center, 514 Market St, Parkersburg, WV 26101-5341 |

TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Dec 19 2020 06:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 19 2020 02:52:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | EDI: RECOVERYCORP.COM | Dec 19 2020 06:03:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14094392 | EDI: CITICORP.COM | Dec 19 2020 06:03:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14141911 | EDI: BL-BECKET.COM | Dec 19 2020 06:03:00 | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14120257 | EDI: CAPITALONE.COM | Dec 19 2020 06:03:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14094394 | EDI: CAPITALONE.COM | Dec 19 2020 06:03:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14094395 | EDI: CITICORP.COM | Dec 19 2020 06:03:00 | Citi Cards/Citbank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14094397 | EDI: DIRECTV.COM | Dec 19 2020 06:03:00 | Direct TV, PO Box 60036, Los Angeles, CA 90060-0036 |
| 14151387 | EDI: ECAST.COM | Dec 19 2020 06:03:00 | ECAST SETTLEMENT CORPORATION, POB 29262, NEW YORK, NY 10087-9262 |
| 14344316 | EDI: ECMC.COM | Dec 19 2020 06:03:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14114015 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 19 2020 02:51:00 | Kohls, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 14100003 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 19 2020 02:51:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14094410 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 19 2020 02:51:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 14149360 | EDI: PRA.COM | Dec 19 2020 06:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14109347 | EDI: PENNDEPTREV | Dec 19 2020 06:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14109347 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 19 2020 02:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14100870 | EDI: RECOVERYCORP.COM | Dec 19 2020 06:03:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14094411 | EDI: CITICORP.COM | Dec 19 2020 06:03:00 | Sears/CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14108884 | EDI: WFFC.COM | Dec 19 2020 06:03:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14094416 | EDI: WFFC.COM | Dec 19 2020 06:03:00 | Wells Fargo Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |
| 14160978 | + Email/Text: bankruptcy@firstenergycorp.com | Dec 19 2020 02:52:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

Case 15-22990-GLT    Doc 253    Filed 12/20/20    Entered 12/21/20 00:43:50    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: aala | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 18, 2020 | Form ID: 3180W | Total Noticed: 57 |

| 14094417 | + | Email/Text: bankruptcy@firstenergycorp.com | | |
|---|---|---|---|---|
| | | | Dec 19 2020 02:52:00 | West Penn Power, 76 S Main St, Akron, OH 44308-1817 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LL |
| cr | | PNC Bank, National Association |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14094390 | ## | Atlantic Broadband, 24 Main St, Bradford, PA 16701-2018 |
| 14094404 | ##+ | Joe Belt and Sandy Belt, 4034 Pinehurst Drive, Morgantown, WV 26505-8083 |

TOTAL: 2 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2020                                      Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | |
| | on behalf of Creditor PNC Bank  National Association andygornall@latouflawfirm.com |
| Aurelius P. Robleto | |
| | on behalf of Attorney Robleto Law  PLLC apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Aurelius P. Robleto | |
| | on behalf of Joint Debtor Laura L. McKee apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Aurelius P. Robleto | |
| | on behalf of Debtor Justin M. Malik apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Brian Nicholas | |
| | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| David Z. Valencik | |
| | on behalf of Creditor George A. Franks  III dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | |
| | on behalf of Creditor George A. Franks  III dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| James A. Prostko | |

| District/off: 0315-2 | User: aala | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 18, 2020 | Form ID: 3180W | Total Noticed: 57 |

on behalf of Creditor DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC pawb@fedphe.com

Nicholas R. Pagliari

on behalf of Creditor Siwel Systems  LLC npagliari@mijb.com, sburick@mijb.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 11