**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/18/20 12:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    JUSTIN M. MALIK
    LAURA L. MCKEE
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-22990

Chapter 13

Related to Dkt. No. 246

ORDER OF COURT

  AND NOW, this 18th day of December 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

GREGORY L. TADDONIO   jah
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-22990-GLT |
| Justin M. Malik | Chapter 13 |
| Laura L. McKee | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 1 of 3 |
| Date Rcvd: Dec 18, 2020 | Form ID: pdf900 | Total Noticed: 56 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Justin M. Malik, Laura L. McKee, 346 Nilan Hill Rd., Point Marion, PA 15474-1390 |
| aty | + | Robleto Law, PLLC, Three Gateway Center, 401 Liberty Avenue, Suite 1306, Pittsburgh, PA 15222-1004 |
| cr | | George A. Franks, III, c/o David Z. Valencik, Esq., Calaiaro Valencik, 428 Forbes Ave., Ste. 900, Pittsburgh, PA 15219-1621 |
| cr | | Siwel Systems, LLC, 100 Lincoln Highway, Imperial, PA 15126-2200 |
| 14094388 | + | ACS/College Loan Corp., College Loan Corporation, 10000 W. Charleston Blvd., Suite 200, Las Vegas, Nevada 89135-1004 |
| 14094389 | | Advanced Disposal, 1192 McClellandtown Rd, McClellandtown, PA 15458-1118 |
| 14164126 | | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 51178, Los Angeles, CA 90051-5478 |
| 14094391 | | Bank of America Practice Solutions, PO Box 809155, Chicago, IL 60680-9155 |
| 14094392 | | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14094393 | | C.A. Curtze Co., d/b/a Specialty Steak Service, 1717 E 12th St, Erie, PA 16511-1723 |
| 14114346 | + | C.A. Curtze Co. d/b/a Specialty Steak Service, c/o Amato Keating and Lessa, P.C., 107 North Commerce Way', Bethlehem PA 18017-8913 |
| 14141911 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14133240 | + | CLC TRUST II/ELT DEUTSCHE BANK On behalf of, MHEAC d/b/a ASA, c/o Keith Coburn, MHEAC d/b/a ASA, 100 Cambridge Street, Suite 1600 Boston, MA 02114-2518 |
| 14094396 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Association LP, 13355 Noel Rd, Dallas, TX 75240-6602 |
| 14094395 | | Citi Cards/Citbank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14201268 | + | Deere & Company d/b/a John Deere Financial, 6400 NW 86th St, Johnston IA 50131-2945 |
| 14130875 | | Ditech Financial LLC, PO BOX 6154, Rapid City, SD 57709-6154 |
| 14151387 | | ECAST SETTLEMENT CORPORATION, POB 29262, NEW YORK, NY 10087-9262 |
| 14344316 | | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14094398 | | Fayette Broadcast Corporation, 44 S Mount Vernon Ave, Uniontown, PA 15401-3224 |
| 14094399 | + | Frank Fratto Inc., 711 Kingview Rd, Scottdale, PA 15683-1817 |
| 14094400 | | Franklin American Mortgage Company, PO Box 77404, Ewing, NJ 08628-6404 |
| 14149564 | + | George A. Franks, III, 324 High Avenue, Masontown, PA 15461-1916 |
| 14129137 | | Granite State Mgmt, PO Box 3420, Concord, NH 03302-3420 |
| 14094401 | + | Green Tree, PO Box 6172, Rapid City, SD 57709-6172 |
| 14094402 | | Herald-Standard, 8 E Church St, Uniontown, PA 15401-3563 |
| 14094403 | | Home City Ice, PO Box 111116, Cincinnati, OH 45211-1116 |
| 14094405 | + | John Deere Financial, PO Box 4450, Carol Stream, IL 60197-4450 |
| 14160492 | | Joseph and Linda Swartz, 35 Meadow Ln, Uniontown, PA 15401-5265 |
| 14094406 | | Masontown Trophy and Embrodery, 25 S Main St, Masontown, PA 15461-2039 |
| 14094407 | | NHHELC/GSM&R, PO Box 3420, Concord, NH 03302-3420 |
| 14094408 | | OneView Finance, PO Box 4130, Hopkins, MN 55343-0498 |
| 14094409 | + | PA Dept. of Labor and Industry, State Workers Insurance Fund, 100 Lackawanna Ave, Scranton, PA 18503-1966 |
| 14163941 | + | PA State Workers' Insurance Fund, c/o Mary Boyco, 100 Lackawanna Ave, Scranton, PA 18503-1966 |
| 14145735 | + | PNC Mortgage, a division of PNC Bank N.A, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14094411 | | Sears/CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14161065 | | Siwel Systems, LLC, c/o E.D. Lewis, Member, 100 Lincoln Highway, Imperial, PA 15126-2200 |
| 14094412 | | The North Fayette County Municipal Auth., 1634 University Dr, Dunbar, PA 15431-2045 |
| 14160493 | | Thomas and Constance Battaglia, PO Box 243, Uledi, PA 15484-0243 |
| 14094413 | | United Bank, 81 W Main St, Uniontown, PA 15401-3340 |

| District/off: 0315-2 | User: aala | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 18, 2020 | Form ID: pdf900 | Total Noticed: 56 |

| | | |
|---|---|---|
| 14094414 | | United Bank, PO Box 2373, Charleston, WV 25328-2373 |
| 14094415 | + | United Bankcard Center, 514 Market St, Parkersburg, WV 26101-5341 |
| 14108884 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14094416 | | Wells Fargo Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |

TOTAL: 44

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Dec 19 2020 03:11:20 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14120257 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 19 2020 03:02:25 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14094394 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 19 2020 03:07:03 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14094397 | | Email/Text: G06041@att.com | Dec 19 2020 02:53:00 | Direct TV, PO Box 60036, Los Angeles, CA 90060-0036 |
| 14114015 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 19 2020 02:51:00 | Kohls, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 14100003 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 19 2020 02:51:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14094410 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 19 2020 02:51:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 14149360 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 19 2020 03:11:18 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14109347 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 19 2020 02:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14100870 | | Email/PDF: rmscedi@recoverycorp.com | Dec 19 2020 03:02:32 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14160978 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 19 2020 02:52:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 14094417 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 19 2020 02:52:00 | West Penn Power, 76 S Main St, Akron, OH 44308-1817 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LL |
| cr | | PNC Bank, National Association |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14094390 | ## | Atlantic Broadband, 24 Main St, Bradford, PA 16701-2018 |
| 14094404 | ##+ | Joe Belt and Sandy Belt, 4034 Pinehurst Drive, Morgantown, WV 26505-8083 |

TOTAL: 2 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2020                                                  Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2020 at the address(es) listed below:

**Name**                               **Email Address**

Andrew F Gornall
           on behalf of Creditor PNC Bank  National Association andygornall@latouflawfirm.com

Aurelius P. Robleto
           on behalf of Attorney Robleto Law  PLLC apr@robletolaw.com,
           rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Aurelius P. Robleto
           on behalf of Joint Debtor Laura L. McKee apr@robletolaw.com
           rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Aurelius P. Robleto
           on behalf of Debtor Justin M. Malik apr@robletolaw.com
           rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Brian Nicholas
           on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com

David Z. Valencik
           on behalf of Creditor George A. Franks  III dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro
           on behalf of Creditor George A. Franks  III dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

James A. Prostko
           on behalf of Creditor DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC pawb@fedphe.com

Nicholas R. Pagliari
           on behalf of Creditor Siwel Systems  LLC npagliari@mijb.com, sburick@mijb.com

Office of the United States Trustee
           ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
           cmecf@chapter13trusteewdpa.com

TOTAL: 11