**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 15-22990-GLT |
| JUSTIN M. MALIK and LAURA L. MCKEE, | Chapter 13 |
| Debtors. | Related to Doc. No. 250 |
| | Doc. No. ____ |

**NOTICE OF CHANGE OF ADDRESS**

Undeliverable Address:

    Wells Fargo Dealer Services
    PO Box 1697
    Winterville, NC 28590-1697

Corrected Address:

    Wells Fargo Auto
    P.O. Box 168048
    Irving, TX 75016-8048


Dated: January 20, 2021                                     Respectfully submitted,


                                                              /s/ Aurelius Robleto
                                                              Aurelius Robleto
                                                              PA ID No. 94633
                                                              ROBLETO KURUCE, PLLC
                                                              6101 Penn Ave., Ste. 201
                                                              Pittsburgh, PA 15206
                                                              Tel:  (412) 925-8194
                                                              Fax:  (412) 346-1035
                                                              apr@robletolaw.com