**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

JUSTIN M. MALIK and
LAURA L. MCKEE,

      Debtors.

Case No. 15-22990-GLT

Chapter 13

Related to Doc. No. 250

Doc. No. _____

**CERTIFICATE OF SERVICE OF**
**ORDER OF COURT, ENTERED BY DEFAULT ON DECEMBER 18, 2020**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 20, 2021.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail.

      Wells Fargo Auto
      P.O. Box 168048
      Irving, TX 75016-8048

EXECUTED ON:  January 20, 2021

Respectfully submitted,

 /s/ Aurelius Robleto
Aurelius Robleto
PA ID No. 94633
ROBLETO KURUCE, PLLC
6101 Penn Ave., Ste. 201
Pittsburgh, PA 15206
Tel:  (412) 925-8194
Fax:  (412) 346-1035
apr@robletolaw.com