# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 15-22990-GLT |
| JUSTIN M. MALIK and LAURA L. McKEE, | Chapter 13 |
| Debtor(s). | Doc. No. ___ |

## NOTICE OF CHANGE OF ADDRESS

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Bank of America Practice Solutions
PO Box 809155
Chicago, IL 60680-9155

The updated address is:

Bank of America Practice Solutions
127 Westerville Plaza
Westerville, OH 43081

Dated: February 28, 2021                               Respectfully submitted:

  /s/ Aurelius Robleto
Aurelius P. Robleto
PA ID No. 94633
ROBLETO KURUCE, PLLC
6101 Penn Ave., Ste. 201
Pittsburgh, PA 15206
Tel:  (412) 925-8194
Fax:  (412) 346-1035
apr@robletolaw.com