IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 15-22990-GLT |
| JUSTIN M. MALIK and LAURA L. McKEE, | Chapter 13 |
| Debtor(s). | Doc. No. ___ |

## NOTICE OF CHANGE OF ADDRESS

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

CLC TRUST DEUTSCHE BANK o/b/o MHEACH d/b/a ASA
c/o Keith Coburn
MHEAC d/b/a ACA
100 Cambridge Street, Suite 1600
Boston, MA 02114-2518

The updated address is:

MHLAC d/b/a ACA for
CLC TRUST DEUTSCHE BANK
c/o Keith Coburn
24 School St., Ste. 804
Boston, MA 02108

Dated: February 28, 2021                     Respectfully submitted:

 /s/ Aurelius Robleto
Aurelius P. Robleto
PA ID No. 94633
ROBLETO KURUCE, PLLC
6101 Penn Ave., Ste. 201
Pittsburgh, PA 15206
Tel:  (412) 925-8194
Fax:  (412) 346-1035
apr@robletolaw.com