# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>JUSTIN M. MALIK and<br>LAURA L. McKEE,<br>    Debtor(s). | Case No. 15-22990-GLT<br><br>Chapter 13<br><br>Related to Doc. Nos. 250-51<br><br>Doc. No. ___ |

## CERTIFICATE OF SERVICE OF
## ORDER OF DISCHARGE AND ORDER OF COURT DATED DECEMBER 18, 2020

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 28, 2021.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail.

Bank of America Practice Solutions
127 Westerville Plaza
Westerville, OH 43081

MHLAC d/b/a ACA for
CLC TRUST DEUTSCHE BANK
c/o Keith Coburn
24 School St., Ste. 804
Boston, MA 02108

| | |
|---|---|
| EXECUTED ON: February 28, 2021 | Respectfully submitted:<br><br> /s/ Aurelius Robleto<br>Aurelius P. Robleto<br>PA ID No. 94633<br>ROBLETO KURUCE, PLLC<br>6101 Penn Ave., Ste. 201<br>Pittsburgh, PA 15206<br>Tel:  (412) 925-8194<br>Fax:  (412) 346-1035<br>apr@robletolaw.com |